# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00029-CV

## In re Myriam Meredith

---

### ORIGINAL PROCEEDING FROM MILAM COUNTY

---

## O R D E R

**PER CURIAM**

Relator has filed a petition for writ of mandamus and a motion for temporary relief pending disposition of her mandamus petition. We grant the motion for temporary relief, pending further order of this Court, and stay execution of the writ of possession issued January 14, 2015. We request that real party in interest file a response to the mandamus petition no later than January 20, 2015.

It is ordered January 15, 2015.

Before Chief Justice Rose, Justices Goodwin and Field